LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RYBA SCHINDLER,<br><br>        Plaintiff,<br><br>    v.<br><br>TERMINIX INTERNATIONAL, INC., a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No. 8:17−cv−341 JVS(SSx)<br><br>ASSIGNED FOR ALL PURPOSES TO HON. JAMES Y. SELNA DEPT. 10C<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL PURSUANT TO FED.R.CIV.P.41(a)** |
|---|---|

ORDER RE DISMISSAL      1

# ORDER

Plaintiff Ryba Schindler ("Plaintiff") and Defendant Terminix International, Inc. ("Defendant") (collectively, the "Parties") submitted a Joint Stipulation of Dismissal Pursuant to Fed. R. Civ. P.41(a).

The Court, having read and considered the Parties' Joint Stipulation and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

Defendant Terminix International, Inc. is hereby DISMISSED WITH PREJUDICE from the above-entitled action.

**IT IS SO ORDERED.**

Dated: May 23_, 2019_____   *[signature]*
Honorable James V. Selna
United States District Court Judge

FIRMWIDE:164529108.1 081934.1019

ORDER RE DISMISSAL                2

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300